UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK DWAYNE SAM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. DAVEY, Warden,<br><br>　　　　　Respondent. | No. 2:17-cv-00744 JAM GGH<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 6, 2017, ECF No. 1, and has now filed a completed affidavit in support of his request to proceed in forma pauperis. Review of that affidavit demonstrates that petitioner is qualified under 28 U.S.C. section 1915(a) for that status. Petitioner's application to proceed in forma pauperis is therefore GRANTED.

Petitioner is reminded that his opposition to respondent's motion to dismiss is due July 19, 2017.

IT IS SO ORDERED.

Dated: June 26, 2017

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE