UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK DWAYNE SAM,<br><br>   Petitioner,<br><br>  v.<br><br>D. DAVEY, Warden,<br><br>   Respondent. | No. 2:17-cv-744 JAM GGH P<br><br><br>ORDER TO SHOW CAUSE |

  Petitioner is proceeding in forma pauperis pursuant to an Order granting him that status issued on June 26, 2017. ECF No. 14.

  On May 15, 2017, this court issued an Order requiring Respondent to respond to petitioner's petition within 60 days. ECF No. 5. In that Order, the court directed petitioner to file an Opposition to any Motion to Dismiss filed by respondent in response to the Order within 30 days after its service on petitioner. Id. Respondent filed a Motion to Dismiss on June 19, 2017. ECF No. 10. The Opposition from petitioner was therefore due on or about July 19, 2017. No Opposition has been received by the court nor has petition sought an extension of time to file Opposition.

  In light of the foregoing IT IS THEREFORE ORDERED that:

  1. Petitioner shall show cause why his petition should not be dismissed for failure to follow the court's Order of May 15, 2017 within 30 days of the issuance of this Order;

1

1.     2.     Petitioner is warned that failure to respond timely to this Order to Show Cause will lead to the recommendation that his petition be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 31, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE